TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00040-CV

Thomas Retzlaff, Appellant

v.

Ford Motor Credit Company, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 159,244-C, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 On January 27, 1997, appellant Thomas Retzlaff filed a motion for extension of time to file
the record in this cause. That same day, the Clerk's office requested that Retzlaff file, by March 10, 1997,
an amended motion that included a clerk's affidavit. See Tex. R. App. P. 73. To date, an amended motion
has not been filed. 

 We therefore dismiss the cause for want of prosecution. Tex. R. App. P. 60(a)(2).

Before Justices Powers, Jones and Kidd

Dismissed for Want of Prosecution

Filed: August 28, 1997

Do Not Publish